USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR WOODSON,

Plaintiff,

-against-

METRO-NORTH RAILROAD COMPANY,

Defendant.

1:26-cv-00831-MKV

ORDER ON DISCOVERY DISPUTES

MARY KAY VYSKOCIL, United States District Judge:

Counsel for both Parties appeared before the Court today, July 8, 2026, for an initial pre-trial conference. Shortly before the conference, the Parties submitted a joint letter notifying the Court of a number of discovery disputes and further indicating that the Parties had been unable to reduce their respective positions to four pages as required by the Court's Individual Rules of Practice in Civil Cases. *See* [ECF No. 9].

At the conference, the Court, in consultation with the Parties, annotated the Parties' Proposed Case Management Plan. *See* [ECF No. 8-1]. The Court will contemporaneously with this Order issue the resulting Case Management Plan, which will govern in this case.

At the conference, the Court also ruled on the Parties' discovery disputes. As discussed, with respect to Requests 27 and 28, Defendant shall produce the requested materials concerning M7 and M8 cars from 2020 to 2025. If Defendant purports to have already provided all such materials, Defendant shall certify as much in writing. As also discussed, with respect to Interrogatories 13 and 14, Defendant's objection under Local Rule 33.3 is sustained. Finally, as also discussed, with respect to Request 13 and Interrogatory 7, Defendant's objection to the discovery of subsequent remedial measures is preliminarily sustained. In that connection, the

Parties agreed to submit ***no more than one page*** each of precedent by 5:00 p.m. this evening, July 8, 2026.

As noted at the conference, **the Parties are on notice that failure to comply with Court Orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal or default judgment.**

The Clerk of Court is respectfully requested to terminate docket entry nine.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: July 8, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**