UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR WOODSON,
Plaintiff,

-against-

METRO-NORTH RAILROAD COMPANY,
Defendant.

26-CV-0831 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion for discovery (ECF 12). Application **GRANTED**. As discussed at the conference held on August 10, 2026, Defendant shall, by A**ugust 17, 2026**, inform Plaintiff in writing as to whether the subsequent remedial measures discussed in the IR report are the only subsequent remedial measures taken after the incident at issue in the case; and, if those are not the only subsequent remedial measures, to list all additional subsequent remedial measures in the August 17, 2026 letter.

The Clerk of Court is respectfully requested to terminate ECF 12.

DATED: August 10, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**